KAREN R. GOODMAN  
Taft Stettinius & Hollister  
111 East Wacker Drive  
Suite 2800  
Chicago, IL 60601  
(312) 527-4000  
　　　　Chapter 7 Trustee

The Honorable: JANET S. BAER  
Chapter 7  
Location: 615  
Hearing Date: / /  
Hearing Time:  
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: JONES, RICK M § | Case No. 13-38110 |
| JONES, CAMILLE S § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

　1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 27, 2013.  The undersigned trustee was appointed on September 27, 2013.

　2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

　1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of       $ 8,660.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 105.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,253.97 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 6,300.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/18/2014 and the deadline for filing governmental claims was 03/26/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,390.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,390.60, for a total compensation of $1,390.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2015     By:/s/KAREN R. GOODMAN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-38110  
**Case Name:** JONES, RICK M  
              JONES, CAMILLE S  
**Period Ending:** 02/11/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 09/27/13 (f)  
**§341(a) Meeting Date:** 11/12/13  
**Claims Bar Date:** 02/18/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2013 Tax Refund (u) | 8,660.00 | 8,660.00 | | 8,660.00 | FA |
| 2 | 17211 Forestway, family home - debtors' residenc<br>Imported from original petition Doc# 1 | 94,779.00 | 0.00 | | 0.00 | FA |
| 3 | Time share located in Orlando, FL Joint tenancy<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account w/Bank of America<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account w/Bank of America<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account w/Chase Bank<br>Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Household Goods: Sofa, Loveseat, Entertain<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Family pictures, books, CDs, DVDs, artwork<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Ordinary wearing apparel<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding rings, engagement ring, assorted costume<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Whole life insurance w/State Farm - spouse is be<br>Imported from original petition Doc# 1 | 2,297.25 | 0.00 | | 0.00 | FA |
| 13 | Whole life insurance w/State Farm - spouse is be<br>Imported from original petition Doc# 1 | 1,628.25 | 0.00 | | 0.00 | FA |
| 14 | Whole life insurance on daughter w/State Farm -<br>Imported from original petition Doc# 1 | 740.00 | 0.00 | | 0.00 | FA |
| 15 | Whole life insurance on daughter w/State Farm -<br>Imported from original petition Doc# 1 | 251.04 | 0.00 | | 0.00 | FA |
| 16 | 401(k) w/current employer<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2007 Nissan Maxima 4D SL V6 w/110,000 miles in g | 9,175.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-38110  
**Case Name:** JONES, RICK M  
JONES, CAMILLE S  
**Period Ending:** 02/11/15  

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 09/27/13 (f)  
**§341(a) Meeting Date:** 11/12/13  
**Claims Bar Date:** 02/18/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 18 | 2010 Dodge Journey 4D SE 2WD 4 Cyl w/80,000 mile<br>Imported from original petition Doc# 1 | 9,950.00 | 0.00 |  | 0.00 | FA |
| 19 | 1994 SmokerCraft boat w/trailer - title was neve<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 |  | 0.00 | FA |
| 20 | Dog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$142,150.54** | **$8,660.00** |  | **$8,660.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review assets to determine if there are any other non-exempt, unencumbered assets to be turned over by Debtors; claims review and filing of any claims objections.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-38110 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | JONES, RICK M | | Bank Name: | Rabobank, N.A. |
| | JONES, CAMILLE S | | Account: | ******0866 - Checking Account |
| Taxpayer ID #: | **-***4151 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/11/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/14 | {1} | United States Treasury | 2013 tax refund for Camille Jones. | 1224-000 | 8,660.00 | | 8,660.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,650.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.44 | 8,637.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.00 | 8,625.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.64 | 8,611.92 |
| 08/20/14 | 101 | Rick M. and Camille S. Jones | Prorated portion of 2013 Federal Tax Refund | 8100-002 | | 2,253.97 | 6,357.95 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 6,345.98 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.19 | 6,332.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.57 | 6,321.22 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,311.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.28 | 6,300.94 |
| | | | **ACCOUNT TOTALS** | | 8,660.00 | 2,359.06 | **$6,300.94** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,660.00 | 2,359.06 | |
| | | | Less: Payments to Debtors | | | 2,253.97 | |
| | | | **NET Receipts / Disbursements** | | **$8,660.00** | **$105.09** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0866** | 8,660.00 | 105.09 | 6,300.94 |
| | $8,660.00 | $105.09 | $6,300.94 |

{} Asset reference(s)                                                                                                                         Printed: 02/11/2015 12:46 PM     V.13.21

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 18, 2014

**Case Number:** 13-38110  
**Debtor Name:** JONES, RICK M

Page: 1

**Date:** February 11, 2015  
**Time:** 12:46:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $1,390.60 | $0.00 | 1,390.60 |
| 11<br>570 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Priority | Claim withdrawn by IRS on 1/16/15. No taxes due. | $0.00 | $0.00 | 0.00 |
| 6<br>100 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Secured | Claim withdrawn per Notice of Withdrawal filed 11/20/14. | $0.00 | $0.00 | 0.00 |
| 26<br>100 | Springleaf Financial Services, Inc<br>Po Box 3251<br>Evansville, IN 47731-3251 | Secured | Claim withdrawn per letter filed by Springleaf on 11/20/14 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Cavalry SPV I, LLC<br>HSBC Bk Nevada, N.A./,Capital One Bk USA, Inc.,500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $548.23 | $0.00 | 548.23 |
| 2<br>610 | Cavalry SPV I, LLC<br>HSBC Bk Nevada, N.A./,Capital One Bk USA, Inc.,500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $618.46 | $0.00 | 618.46 |
| 3<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $21.49 | $0.00 | 21.49 |
| 4<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $471.73 | $0.00 | 471.73 |
| 5<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $242.55 | $0.00 | 242.55 |
| 7<br>610 | Nelnet on behalf of the U.S. Dept. of ED<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | Unsecured | | $4,630.60 | $0.00 | 4,630.60 |
| 8<br>610 | Tri State Adjustments<br>Freeport, Inc.<br>POB 882<br>Freeport, IL 60132 | Unsecured | | $24.60 | $0.00 | 24.60 |
| 9<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,077.88 | $0.00 | 2,077.88 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 18, 2014

**Case Number:** 13-38110  
**Debtor Name:** JONES, RICK M

Page: 2

**Date:** February 11, 2015  
**Time:** 12:46:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | | $23.98 | $0.00 | 23.98 |
| 12 610 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $1,005.32 | $0.00 | 1,005.32 |
| 13 610 | Collecto Us Asset Managemnt, Inc.<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | | $385.36 | $0.00 | 385.36 |
| 14 610 | Jefferson Capital Systems LLC<br>Portfolio America Asset Management LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | | $244.59 | $0.00 | 244.59 |
| 15 610 | Jefferson Capital Systems, LLC<br>Compucredit Corporation<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Unsecured | | $498.35 | $0.00 | 498.35 |
| 16 610 | Jefferson Capital Systems LLC<br>Portfolio America Asset Management LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | | $576.81 | $0.00 | 576.81 |
| 17 610 | Jefferson Capital Systems LLC<br>Portfolio America Asset Management LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | | $428.35 | $0.00 | 428.35 |
| 18 610 | Jefferson Capital Systems LLC<br>Portfolio America Asset Management LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | | $151.30 | $0.00 | 151.30 |
| 19 610 | Santander Consumer USA<br>Assignee for Pan Am<br>P.O. Box 961245<br>Fort Worth, TX 76161 | Unsecured | | $5,979.82 | $0.00 | 5,979.82 |
| 20 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $367.11 | $0.00 | 367.11 |
| 21 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $360.93 | $0.00 | 360.93 |
| 22 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $377.38 | $0.00 | 377.38 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 18, 2014

**Case Number:** 13-38110  
**Debtor Name:** JONES, RICK M  

Page: 3

**Date:** February 11, 2015  
**Time:** 12:46:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $145.49 | $0.00 | 145.49 |
| 24 610 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | Unsecured | | $297.71 | $0.00 | 297.71 |
| 25 610 | Portfolio Recovery Associates, LLC<br>CITIBANK, N.A. (SEARS)<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $1,305.11 | $0.00 | 1,305.11 |
| **<< Totals >>** | | | | 22,173.75 | 0.00 | 22,173.75 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-38110
Case Name: JONES, RICK M
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 6,300.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | AmeriCredit Financial Services, Inc. | 11,303.27 | 0.00 | 0.00 | 0.00 |
| 26 | Springleaf Financial Services, Inc | 5,770.88 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,300.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 1,390.60 | 0.00 | 1,390.60 |

Total to be paid for chapter 7 administration expenses: $ 1,390.60
Remaining balance: $ 4,910.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,910.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|--|--|--|--|--|
|  |  | Remaining balance: | $ | 4,910.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,783.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| 1 | Cavalry SPV I, LLC | 548.23 | 0.00 | 129.53 |
| 2 | Cavalry SPV I, LLC | 618.46 | 0.00 | 146.12 |
| 3 | Quantum3 Group LLC as agent for | 21.49 | 0.00 | 5.08 |
| 4 | Quantum3 Group LLC as agent for | 471.73 | 0.00 | 111.45 |
| 5 | Quantum3 Group LLC as agent for | 242.55 | 0.00 | 57.31 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | 4,630.60 | 0.00 | 1,094.05 |
| 8 | Tri State Adjustments | 24.60 | 0.00 | 5.81 |
| 9 | Capital One Bank (USA), N.A. | 2,077.88 | 0.00 | 490.93 |
| 10 | Rjm Acquisitions Llc | 23.98 | 0.00 | 5.67 |
| 12 | Credit First NA | 1,005.32 | 0.00 | 237.52 |
| 13 | Collecto Us Asset Managemnt, Inc. | 385.36 | 0.00 | 91.05 |
| 14 | Jefferson Capital Systems LLC | 244.59 | 0.00 | 57.79 |
| 15 | Jefferson Capital Systems, LLC | 498.35 | 0.00 | 117.74 |
| 16 | Jefferson Capital Systems LLC | 576.81 | 0.00 | 136.28 |
| 17 | Jefferson Capital Systems LLC | 428.35 | 0.00 | 101.20 |
| 18 | Jefferson Capital Systems LLC | 151.30 | 0.00 | 35.75 |
| 19 | Santander Consumer USA | 5,979.82 | 0.00 | 1,412.82 |
| 20 | Capital Recovery V, LLC | 367.11 | 0.00 | 86.74 |
| 21 | Capital Recovery V, LLC | 360.93 | 0.00 | 85.28 |
| 22 | Capital Recovery V, LLC | 377.38 | 0.00 | 89.16 |
| 23 | Capital Recovery V, LLC | 145.49 | 0.00 | 34.37 |
| 24 | Premier Bankcard/Charter | 297.71 | 0.00 | 70.34 |

**UST Form 101-7-TFR (05/1/2011)**

| 25 | Portfolio Recovery Associates, LLC | 1,305.11 | 0.00 | 308.35 |
|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,910.34 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**