| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JANET S. BAER |
| Taft Stettinius & Hollister | Chapter  7 | |
| 111 East Wacker Drive | Location: | 615 |
| Suite 2800 | Hearing Date: | 03/17/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  JONES, RICK M § Case No. 13-38110-BSJ
    JONES, CAMILLE S §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/17/2015 in Courtroom 615, United States Courthouse, 215 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 02/12/2015          By: /s/KAREN R. GOODMAN
                                                         Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**UST Form 101-7-NFR (10/1/2010)**

| KAREN R. GOODMAN | The Honorable: | JANET S. BAER |
| --- | --- | --- |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 615 |
| Suite 2800 | Hearing Date: | 03/17/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JONES, RICK M § Case No. 13-38110-BSJ
　　　　JONES, CAMILLE S §
　　　　　　　　　　　　　　　§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　　$　　8,660.00

*and approved disbursements of*　　　　　　$　　2,359.06

*leaving a balance on hand of* [1]　　　　　$　　6,300.94

　　　　　　　　**Balance on hand:**　　　　$　　6,300.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 6 | AmeriCredit Financial Services, Inc. | 11,303.27 | 0.00 | 0.00 | 0.00 |
| 26 | Springleaf Financial Services, Inc | 5,770.88 | 0.00 | 0.00 | 0.00 |

　　　　　　Total to be paid to secured creditors:　　$　　0.00
　　　　　　Remaining balance:　　　　　　　　　　$　　6,300.94

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 1,390.60 | 0.00 | 1,390.60 |

Total to be paid for chapter 7 administration expenses:  $  1,390.60
Remaining balance:  $  4,910.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  4,910.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  4,910.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,783.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 548.23 | 0.00 | 129.53 |
| 2 | Cavalry SPV I, LLC | 618.46 | 0.00 | 146.12 |
| 3 | Quantum3 Group LLC as agent for | 21.49 | 0.00 | 5.08 |
| 4 | Quantum3 Group LLC as agent for | 471.73 | 0.00 | 111.45 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 5 | Quantum3 Group LLC as agent for | 242.55 | 0.00 | 57.31 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | 4,630.60 | 0.00 | 1,094.05 |
| 8 | Tri State Adjustments | 24.60 | 0.00 | 5.81 |
| 9 | Capital One Bank (USA), N.A. | 2,077.88 | 0.00 | 490.93 |
| 10 | Rjm Acquisitions Llc | 23.98 | 0.00 | 5.67 |
| 12 | Credit First NA | 1,005.32 | 0.00 | 237.52 |
| 13 | Collecto Us Asset Managemnt, Inc. | 385.36 | 0.00 | 91.05 |
| 14 | Jefferson Capital Systems LLC | 244.59 | 0.00 | 57.79 |
| 15 | Jefferson Capital Systems, LLC | 498.35 | 0.00 | 117.74 |
| 16 | Jefferson Capital Systems LLC | 576.81 | 0.00 | 136.28 |
| 17 | Jefferson Capital Systems LLC | 428.35 | 0.00 | 101.20 |
| 18 | Jefferson Capital Systems LLC | 151.30 | 0.00 | 35.75 |
| 19 | Santander Consumer USA | 5,979.82 | 0.00 | 1,412.82 |
| 20 | Capital Recovery V, LLC | 367.11 | 0.00 | 86.74 |
| 21 | Capital Recovery V, LLC | 360.93 | 0.00 | 85.28 |
| 22 | Capital Recovery V, LLC | 377.38 | 0.00 | 89.16 |
| 23 | Capital Recovery V, LLC | 145.49 | 0.00 | 34.37 |
| 24 | Premier Bankcard/Charter | 297.71 | 0.00 | 70.34 |
| 25 | Portfolio Recovery Associates, LLC | 1,305.11 | 0.00 | 308.35 |

Total to be paid for timely general unsecured claims: $ 4,910.34
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
                        Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                Case No. 13-38110-JSB
Rick M Jones                                                          Chapter 7
Camille S Jones
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                Page 1 of 3        Date Rcvd: Feb 13, 2015
                              Form ID: pdf006             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
db/jdb         +Rick M Jones,    Camille S Jones,    17211 Forestway Drive,    Hazel Crest, IL 60429-1830
21291949       ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                  PO Box 183853,    Arlington, Texas  76096)
21095972       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
21040645       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21040647       +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
21040648       +Ashley Stewart,    Comenity,    Po Box 182124,    Columbus, OH 43218-2124
21040649       +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
21040650       +Byram Healthcare,    3010 Woodcreek Drive,    Downers Grove, IL 60515-5407
21040682       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                  Po Box 20363,    Kansas City, MO 64195)
21040652       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21313872        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
21040653       +Chicago - Parking Bureau,    333 S. State, Room 540,    Chicago, IL 60604-3951
21040654       +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
21040655       +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
21040656       +Comenity Bank/Limited Too,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
21420029       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
21040657       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
21040658       +Credit Management Lp,    4200 International,    Carrollton, TX 75007-1912
21040659       +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
21040661       +Diversifd Co,    Attention: Bankruptcy,    900 South Highway Road - Suite 210,
                 Fenton, MO 63026-2042
21040663       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
21040664       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
21040665       +Firstsource Advantage,    1232 W State Rd #2,    La Porte, IN 46350-5469
21040668       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
21040669       +Harris & Harris, Ltd,    Harris & Harris, Ltd.,    111 W Jackson Blvd 400,
                 Chicago, IL 60604-4135
21040671       +Illinois Collection Service/ICS,    Illinois Collection Service,    Po Box 1010,
                 Tinley Park, IL 60477-9110
21040674       +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21040676       +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
21040678       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                  Norfolk, VA 23541)
21440142       +Santander Consumer USA,    Assignee for Pan Am,    P.O. Box 961245,    Fort Worth, TX 76161-0244
21040680       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
21040681       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21040683       +Tri State Adjustment F,    440 Challenge St,    Freeport, IL 61032-2540
21304475       +Tri State Adjustments,    Freeport, Inc.,    POB 882,    Freeport, IL 61032-0882
21040684        Vanguard Macneal Hospital,    909 Hidden Ridge, Ste 300,    Irving, TX 75038-3801
21040685       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
21040686       +West Suburban Medical Center,    Attn: Dr. Allan O’Muehrcke,    1 Erie Court, Suite 4010,
                 Oak Park, IL 60302-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21040651       +E-mail/Text: bankruptcy@cavps.com Feb 14 2015 01:13:06     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
21458791        E-mail/PDF: rmscedi@recoverycorp.com Feb 14 2015 01:18:33     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21235056       +E-mail/Text: bankruptcy@cavps.com Feb 14 2015 01:13:06     Cavalry SPV I, LLC,
                 HSBC Bk Nevada, N.A./,    Capital One Bk USA, Inc.,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
21430246       +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 14 2015 01:13:04
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
21333104       +E-mail/Text: cio.bncmail@irs.gov Feb 14 2015 01:12:02     Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
21040660       +E-mail/Text: electronicbkydocs@nelnet.net Feb 14 2015 01:12:52     Dept Of Education/neln,
                 121 South 13th St,    Lincoln, NE 68508-1904
21040662       +E-mail/Text: bknotice@erccollections.com Feb 14 2015 01:12:52     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21040666       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:44     GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3             Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
21040667       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:12      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
21040670       +E-mail/Text: bkynotice@harvardcollect.com Feb 14 2015 01:13:47      Harvard Collection,
                 Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
21040672        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 14 2015 01:13:04
                 Jefferson Capital,    16 Mcleland Rd,    Saint Cloud, MN 56303
21430847        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 14 2015 01:13:04
                 Jefferson Capital Systems LLC,    Portfolio America Asset Management LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
21443681        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 14 2015 01:13:04
                 Jefferson Capital Systems, LLC,    Compucredit Corporation,    PO BOX 7999,
                 SAINT CLOUD, MN 56302-9617
21040673       +E-mail/Text: rganju@mbosinc.com Feb 14 2015 01:13:12      M3 Financial Services,
                 10330 W Roosevelt Rd. Suite 200,    Westchester, IL 60154-2564
21040675       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2015 01:12:42      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21301768       +E-mail/Text: electronicbkydocs@nelnet.net Feb 14 2015 01:12:52
                 Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
21040677       +E-mail/Text: bankruptcies@orangelake.com Feb 14 2015 01:11:44      Orange Lake Country Cl,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
21467482       +E-mail/Text: csidl@sbcglobal.net Feb 14 2015 01:13:19      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
21244528        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2015 01:12:32
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
21331945       +E-mail/Text: rjm@ebn.phinsolutions.com Feb 14 2015 01:12:26      Rjm Acquisitions Llc,
                 575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
21529684        E-mail/PDF: cbp@springleaf.com Feb 14 2015 01:18:27      Springleaf Financial Services, Inc,
                 Po Box 3251,    Evansville, IN 47731-3251
21040646        E-mail/PDF: cbp@springleaf.com Feb 14 2015 01:18:27
                 American General Finance/Springleaf Fina,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IL 47731
21040679       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:12      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21524273*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    CITIBANK, N.A. (SEARS),
                 PO Box 41067,    Norfolk, VA 23541)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
```
              Alfredo J Garcia    on behalf of Joint Debtor Camille S Jones notice@billbusters.com,
               billbusters@iamthewolf.com
              Alfredo J Garcia    on behalf of Debtor Rick M Jones notice@billbusters.com,
               billbusters@iamthewolf.com
              George Michael Vogl, IV    on behalf of Debtor Rick M Jones notice@billbusters.com,
               lwnotice@gmail.com;billbusters@ecf.inforuptcy.com;billbusters@iamthewolf.com
              George Michael Vogl, IV    on behalf of Joint Debtor Camille S Jones notice@billbusters.com,
               lwnotice@gmail.com;billbusters@ecf.inforuptcy.com;billbusters@iamthewolf.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: cgreen              Page 3 of 3              Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 6