| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: JANET S. BAER |
| Taft Stettinius & Hollister | Chapter 7 |
| 111 East Wacker Drive | Location: 615 |
| Suite 2800 | Hearing Date: / / |
| Chicago, IL 60601 | Hearing Time: |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JONES, RICK M § Case No. 13-38110
      JONES, CAMILLE S §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $133,490.54        Assets Exempt: $50,986.54
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,906.05    Claims Discharged
                                        Without Payment: $15,882.91

Total Expenses of Administration: $1,499.98

---

    3) Total gross receipts of $ 8,660.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,253.97 (see **Exhibit 2**), yielded net receipts of $6,406.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $17,074.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,499.98 | 1,499.98 | 1,499.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,881.88 | 5.81 | 5.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 20,783.15 | 20,783.15 | 4,900.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $41,239.16 | $22,288.94 | $6,406.03 |

4) This case was originally filed under Chapter 7 on September 27, 2013. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2015        By: /s/KAREN R. GOODMAN
                                    Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Tax Refund | 1224-000 | 8,660.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,660.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rick M. and Camille S. Jones | Prorated portion of 2013 Federal Tax Refund | 8100-002 | 2,253.97 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,253.97** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | AmeriCredit Financial Services, Inc. | 4110-000 | N/A | 11,303.27 | 0.00 | 0.00 |
| 26 | Springleaf Financial Services, Inc | 4110-000 | N/A | 5,770.88 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$17,074.15** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,390.60 | 1,390.60 | 1,390.60 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.44 | 12.44 | 12.44 |
| Rabobank, N.A. | 2600-000 | N/A | 12.00 | 12.00 | 12.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 13.64 | 13.64 | 13.64 |
| Rabobank, N.A. | 2600-000 | N/A | 11.97 | 11.97 | 11.97 |
| Rabobank, N.A. | 2600-000 | N/A | 13.19 | 13.19 | 13.19 |
| Rabobank, N.A. | 2600-000 | N/A | 11.57 | 11.57 | 11.57 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.28 | 10.28 | 10.28 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 4.29 | 4.29 | 4.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,499.98 | $1,499.98 | $1,499.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Department of Treasury-Internal Revenue | 5800-000 | N/A | 1,876.07 | 0.00 | 0.00 |
| | Clerk of the Bankruptcy Court | 5600-000 | N/A | 5.81 | 5.81 | 5.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,881.88 | $5.81 | $5.81 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 548.23 | 548.23 | 129.42 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 618.46 | 618.46 | 145.99 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 21.49 | 21.49 | 5.07 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 471.73 | 471.73 | 111.36 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 242.55 | 242.55 | 57.26 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | 7100-000 | N/A | 4,630.60 | 4,630.60 | 1,093.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Tri State Adjustments | 7100-000 | N/A | 24.60 | 24.60 | 0.00 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,077.88 | 2,077.88 | 490.50 |
| 10 | Rjm Acquisitions Llc | 7100-000 | N/A | 23.98 | 23.98 | 5.66 |
| 12 | Credit First NA | 7100-000 | N/A | 1,005.32 | 1,005.32 | 237.31 |
| 13 | Collecto Us Asset Managemnt, Inc. | 7100-000 | N/A | 385.36 | 385.36 | 90.97 |
| 14 | Jefferson Capital Systems LLC | 7100-000 | N/A | 244.59 | 244.59 | 57.74 |
| 15 | Jefferson Capital Systems, LLC | 7100-000 | N/A | 498.35 | 498.35 | 117.64 |
| 16 | Jefferson Capital Systems LLC | 7100-000 | N/A | 576.81 | 576.81 | 136.16 |
| 17 | Jefferson Capital Systems LLC | 7100-000 | N/A | 428.35 | 428.35 | 101.12 |
| 18 | Jefferson Capital Systems LLC | 7100-000 | N/A | 151.30 | 151.30 | 35.72 |
| 19 | Santander Consumer USA | 7100-000 | N/A | 5,979.82 | 5,979.82 | 1,411.59 |
| 20 | Capital Recovery V, LLC | 7100-000 | N/A | 367.11 | 367.11 | 86.66 |
| 21 | Capital Recovery V, LLC | 7100-000 | N/A | 360.93 | 360.93 | 85.20 |
| 22 | Capital Recovery V, LLC | 7100-000 | N/A | 377.38 | 377.38 | 89.08 |
| 23 | Capital Recovery V, LLC | 7100-000 | N/A | 145.49 | 145.49 | 34.34 |
| 24 | Premier Bankcard/Charter | 7100-000 | N/A | 297.71 | 297.71 | 70.28 |
| 25 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,305.11 | 1,305.11 | 308.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $20,783.15 | $20,783.15 | $4,900.24 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-38110  
**Case Name:** JONES, RICK M  
　　　　　　　JONES, CAMILLE S  
**Period Ending:** 07/13/15

**Trustee:** (520191)　KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 09/27/13 (f)  
**§341(a) Meeting Date:** 11/12/13  
**Claims Bar Date:** 02/18/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1　2013 Tax Refund  (u) | 8,660.00 | 8,660.00 | | 8,660.00 | FA |
| 2　17211 Forestway, family home - debtors' residenc<br>　　Imported from original petition Doc# 1 | 94,779.00 | 0.00 | | 0.00 | FA |
| 3　Time share located in Orlando, FL Joint tenancy<br>　　Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4　Cash on hand<br>　　Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 5　Checking account w/Bank of America<br>　　Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6　Checking account w/Bank of America<br>　　Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7　Checking account w/Chase Bank<br>　　Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 8　Misc. Household Goods: Sofa, Loveseat, Entertain<br>　　Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9　Family pictures, books, CDs, DVDs, artwork<br>　　Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10　Ordinary wearing apparel<br>　　Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 11　Wedding rings, engagement ring, assorted costume<br>　　Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12　Whole life insurance w/State Farm - spouse is be<br>　　Imported from original petition Doc# 1 | 2,297.25 | 0.00 | | 0.00 | FA |
| 13　Whole life insurance w/State Farm - spouse is be<br>　　Imported from original petition Doc# 1 | 1,628.25 | 0.00 | | 0.00 | FA |
| 14　Whole life insurance on daughter w/State Farm -<br>　　Imported from original petition Doc# 1 | 740.00 | 0.00 | | 0.00 | FA |
| 15　Whole life insurance on daughter w/State Farm -<br>　　Imported from original petition Doc# 1 | 251.04 | 0.00 | | 0.00 | FA |
| 16　401(k) w/current employer<br>　　Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 17　2007 Nissan Maxima 4D SL V6 w/110,000 miles in g | 9,175.00 | 0.00 | | 0.00 | FA |

Printed: 07/13/2015 10:04 AM　　V.13.23

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-38110
**Case Name:** JONES, RICK M
JONES, CAMILLE S
**Period Ending:** 07/13/15

**Trustee:** (520191)  KAREN R. GOODMAN
**Filed (f) or Converted (c):** 09/27/13 (f)
**§341(a) Meeting Date:** 11/12/13
**Claims Bar Date:** 02/18/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 18 | 2010 Dodge Journey 4D SE 2WD 4 Cyl w/80,000 mile<br>Imported from original petition Doc# 1 | 9,950.00 | 0.00 |  | 0.00 | FA |
| 19 | 1994 SmokerCraft boat w/trailer - title was neve<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 |  | 0.00 | FA |
| 20 | Dog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$142,150.54** | **$8,660.00** |  | **$8,660.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

File TDR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014        **Current Projected Date Of Final Report (TFR):**    February 12, 2015  (Actual)

Printed: 07/13/2015 10:04 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-38110
**Case Name:** JONES, RICK M
JONES, CAMILLE S
**Taxpayer ID #:** **-***4151
**Period Ending:** 07/13/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******0866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/14 | {1} | United States Treasury | 2013 tax refund for Camille Jones. | 1224-000 | 8,660.00 | | 8,660.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,650.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.44 | 8,637.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.00 | 8,625.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.64 | 8,611.92 |
| 08/20/14 | 101 | Rick M. and Camille S. Jones | Prorated portion of 2013 Federal Tax Refund | 8100-002 | | 2,253.97 | 6,357.95 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 6,345.98 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.19 | 6,332.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.57 | 6,321.22 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,311.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.28 | 6,300.94 |
| 02/16/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-38110, Bond No. 10BSBGR6291 Voided on 02/17/15 | 2300-000 | | 4.29 | 6,296.65 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-38110, Bond No. 10BSBGR6291 Voided: check issued on 02/16/15 | 2300-000 | | -4.29 | 6,300.94 |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-38110 Voided on 02/17/15 | 2300-000 | | 4.29 | 6,296.65 |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-38110 Voided: check issued on 02/17/15 | 2300-000 | | -4.29 | 6,300.94 |
| 02/17/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-38110 | 2300-000 | | 4.29 | 6,296.65 |
| 03/24/15 | 105 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED MARCH 17, 2015 | 2100-000 | | 1,390.60 | 4,906.05 |
| 03/24/15 | 106 | Cavalry SPV I, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 | | 129.42 | 4,776.63 |
| 03/24/15 | 107 | Cavalry SPV I, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 | | 145.99 | 4,630.64 |
| 03/24/15 | 108 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM | 7100-000 | | 5.07 | 4,625.57 |
| | | | Subtotals : | | $8,660.00 | $4,034.43 | |

{} Asset reference(s)

Printed: 07/13/2015 10:04 AM  V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-38110  
**Case Name:** JONES, RICK M  
JONES, CAMILLE S  
**Taxpayer ID #:** **-***4151  
**Period Ending:** 07/13/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | NO. 3 PER COURT ORDER OF MARCH 17, 2015 |  |  |  |  |
| 03/24/15 | 109 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 111.36 | 4,514.21 |
| 03/24/15 | 110 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 57.26 | 4,456.95 |
| 03/24/15 | 111 | Nelnet on behalf of the U.S. Dept. of ED | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 1,093.09 | 3,363.86 |
| 03/24/15 | 112 | Tri State Adjustments | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER OF MARCH 17, 2015<br>Voided on 05/21/15 | 7100-000 |  | 5.81 | 3,358.05 |
| 03/24/15 | 113 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 490.50 | 2,867.55 |
| 03/25/15 | 114 | Rjm Acquisitions Llc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 5.66 | 2,861.89 |
| 03/25/15 | 115 | Credit First NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 237.31 | 2,624.58 |
| 03/25/15 | 116 | Collecto Us Asset Managemnt, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 13 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 90.97 | 2,533.61 |
| 03/25/15 | 117 | Jefferson Capital Systems LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 14 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 57.74 | 2,475.87 |
| 03/25/15 | 118 | Jefferson Capital Systems, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 15 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 117.64 | 2,358.23 |
| 03/25/15 | 119 | Jefferson Capital Systems LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 16 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 136.16 | 2,222.07 |
| 03/25/15 | 120 | Jefferson Capital Systems LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO.17 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 |  | 101.12 | 2,120.95 |

Subtotals :     $0.00     $2,504.62

{} Asset reference(s)

Printed: 07/13/2015 10:04 AM     V.13.23

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 13-38110  
**Case Name:** JONES, RICK M  
JONES, CAMILLE S  
**Taxpayer ID #:** **-***4151  
**Period Ending:** 07/13/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/25/15 | 121 | Jefferson Capital Systems LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 18 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 | | 35.72 | 2,085.23 |
| 03/25/15 | 122 | Santander Consumer USA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 19 PER COURT ORDER OF MARCH 17, 2015 | 7100-000 | | 1,411.59 | 673.64 |
| 03/25/15 | 123 | Capital Recovery V, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 20 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 86.66 | 586.98 |
| 03/25/15 | 124 | Capital Recovery V, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 21 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 85.20 | 501.78 |
| 03/25/15 | 125 | Capital Recovery V, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 22 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 89.08 | 412.70 |
| 03/25/15 | 126 | Capital Recovery V, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 23 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 34.34 | 378.36 |
| 03/25/15 | 127 | Premier Bankcard/Charter | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 24 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 70.28 | 308.08 |
| 03/25/15 | 128 | Portfolio Recovery Associates, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 25 PER COURT ORDER DATED MARCH 17, 2015 | 7100-000 | | 308.08 | 0.00 |
| 05/21/15 | 112 | Tri State Adjustments | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER OF MARCH 17, 2015  Voided: check issued on 03/24/15 | 7100-000 | | -5.81 | 5.81 |
| 05/26/15 | 129 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 5.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,660.00** | **8,660.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **8,660.00** | **8,660.00** | |
| | | | Less: Payments to Debtors | | | 2,253.97 | |
| | | | **NET Receipts / Disbursements** | | **$8,660.00** | **$6,406.03** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 13-38110 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** JONES, RICK M | **Bank Name:** Rabobank, N.A. |
| JONES, CAMILLE S | **Account:** ******0866 - Checking Account |
| **Taxpayer ID #:** **-***4151 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/13/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0866** | 8,660.00 | 6,406.03 | 0.00 |
| | $8,660.00 | $6,406.03 | $0.00 |

{} Asset reference(s)                                                                                                  Printed: 07/13/2015 10:04 AM    V.13.23